# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMPIRE ABRASIVE EQUIPMENT COMPANY, LP,** Plaintiff, | : : : : |
| v. | : CIVIL ACTION NO. 16-6331 |
| **ACCEPTANCE INSURANCE COMPANY,** Defendant. | : : : : |

## ORDER

**AND NOW**, this 26th day of March 2018, upon consideration of Defendant, Acceptance Insurance Company's Motion to Dismiss in Whole or to Dismiss in Part and Stay in Part the Claims of Plaintiff, Empire Abrasive Equipment Company, LP (Doc. No. 4), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Defendant shall file an answer to the Complaint within **14 days** of this Order.

**IT IS SO ORDERED**.

                                                 **BY THE COURT:**
                                                 **/s/ Cynthia M. Rufe**
                                                 _____
                                               **CYNTHIA M. RUFE, J.**